# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

|  |  |
|---|---|
| _____ ) | |
| _____ ) | |
| _____ ) | |
| CARIEHAS McBRIDE ) | |
| _Plaintiff_ ) | Case Number: 22-730-SPM |
| _v._ ) | (Clerk's Office will provide) |
| Quality CARRiERS, INC. ) | |
| MiCHAEl U. MOORE ) | |
| Triple JP EnterpriSE ) | |
| _____ ) | |
| _Defendant(s)_ ) | |

## PRO SE CIVIL RIGHTS COMPLAINT
## (Non-Prisoner)

### I.  JURISDICTION

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here: Violations of (FMCSA) Sections 396.11 393

### II.  PARTIES

**Plaintiff:**

A.  Plaintiff, a citizen of _United_ (state), who resides at _100 wells st APt 2d MurphySboro IL_ alleges that his/her _62966_ civil rights were violated by the individual(s) named below.

**Defendant #1:**

B.  Defendant _Quality CarRiers, INC_ is employed as
      (a)    (Name of First Defendant)
      _OWNER of CompaniE_
      (b)    (Position/Title)

(10/2010)

with _MiCHAEl v MOoRE_
(c)        (Employer's Name and Address)

_COPElAND, COOK, TAYloR & BuSH   AttoRNEys al LAW_
_P.O. Box 6020  RIdgEland, MississipPi 39158_

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☐ Yes ☑ No

If your answer is YES, briefly explain:



Check one of the following:

☑  This defendant **personally participated** in causing my injury, and I want **money damages**.

☐  The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).


**Defendant #2:**

C.  Defendant _MiCHAEl V, MooRE_ is employed as
(Name of Second Defendant)

_DRivER_
(Position/Title)

with _QuAlity CARRiERS , INC._
(Employer's Name and Address)
_COPElAND, COOK, TAYloR & BuSH   AttoRNEys at LAW_
_P.O. Box 6020  Ridgeland MississipPi 39158_

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☐ Yes ☑ No

If you answer is YES, briefly explain:



Check one of the following:

☑  This defendant **personally participated** in causing my injury, and I want **money damages**.

☐  The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**(10/2010)**

**Defendant #3:**

D.       Defendant _Triple JP EnterPrises Inc._ is employed as
                    (Name of Third Defendant)

_Maintenance Repair, manr._
                    (Position/Title)

with _Mitchell, McNutt ; Sams   Attorneys at law_
                    (Employer's Name and Address)

_1216 Van Buren Avenue p.o box 947 Oxford, M.S._
_38655_

At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed
by the state, local, or federal government? ☐ Yes ☑ No

If you answer is YES, briefly explain:

Check one of the following:

☑       This defendant **personally participated** in causing my injury, and I want
        **money damages.**

☐       The **policy or custom** of this official's government agency violates my
        rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E.       Using the outline set forth above, identify any additional Defendant(s), using
         additional pages, if necessary.

(10/2010)

III.  **PREVIOUS LAWSUITS**

    A.    Have you begun any other lawsuits in this federal court?

        ☐ Yes   ☑ No

    B.    If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.

        1.    Parties to previous lawsuits:

            Plaintiff(s):

            Defendant(s):    N/A

        2.    Case number:

        3.    Name of Judge to whom case was assigned:

        4.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

            N/A

## IV.   STATEMENT OF CLAIM

State here, as briefly as possible, when, where, how, and by whom you feel your
constitutional rights were violated. Do not include legal arguments or citations. If you wish
to present legal arguments or citations, file a separate memorandum of law. If you intend
to allege several related claims, number and set forth each claim in a separate paragraph.

ON July 23 2015 on or around 11 am I
was traveling south bound on iterstate
55 when out of know where comes
this inflated rim and tire strikeing
the vehicle I was opperating head on.
I was later determined that the
object belong to a tanker trailor
of Quality carriers being opperated by
michael V. moore. Harm and wrong doing
caused by the defendant's has left
me disabled and I can no longer enjoy
the Quality of life that I had before
their negligence to (FMCSA) and disobeying
Section 396.3 - while wrestleing to maintain
controll to avoid killing myself or others
utilizing my professional traineing to bring
this out of controll vehicle to a safe stop
I was severly injured, to now I'm dis-
abled and can no longer support my self.
I now relying on the state of illinois
for their kind assistans such as medical
card, snap benifits and public housing
now I ask the courts for the relief I
deserved to try and regain my way of
life before this accident!

(10/2010)

[illegible]

**V.  REQUEST FOR RELIEF** (*check as many boxes as appropriate*)

Plaintiff requests that the court grant the following relief:

Compensatory damages in the amount of $ *175,000,000*.

Punitive damages in the amount of $ *175,000,000*.

An ordering requiring defendant(s) to: *TAKE RESPONSIBILITY FOR THERE ACTION OF NEGLIGENE THAT HAS LEFT ME DISABLED.*

A declaration that: *I NOW HAVE SEVER SPINAL CORD INJURIES. THIS IS A DIRECT AND FORESEEABLE RESULT OF THE DEFENDANTS CARELESS ACTION AND INADEQUATE MAINTENANCE.*

Other: *BEING the victim I FEEL I HAVE INCURRED qualifiable DAMAGES AND FINANCIAL COST AND the intangible HARM CAUSED BY theSE SEVER CONDITIONS.*

**VI.  JURY DEMAND** (*check one box below*)

Plaintiff ⊘ does or ◯ does not request a trial by jury.

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: *4 - 8 - 2022*                              *Curlettas McBride*
(date)                                                          Signature of Plaintiff

*100 WELLs St APt 2A*                         *CARLETTAS MCBRIDE*
Street Address                                              Printed Name

*MURPHYSBORO, IL. 62966*
City, State, Zip

(10/2019)

Signed and attested/sworn to before me on *04/12/2022*
by *Carlettas McBride*
*Jennifer R Sorrell*   *04/12/2022*
Notary Public                                    Date

OFFICIAL SEAL
JENNIFER R SORRELL
NOTARY PUBLIC, STATE OF ILLINOIS
JACKSON COUNTY
MY COMMISSION EXPIRES 02/03/2024



OFFICIAL SEAL
JENNIFER R SORRELL
NOTARY PUBLIC, STATE OF ILLINOIS
JACKSON COUNTY
MY COMMISSION EXPIRES 02/03/2024

U.S. POSTAGE PAID
FCM LG ENV
MURPHYSBORO
62966
APR 12, 22
AMOUNT
$6.11
R2305K138804-11

62201

1000

CERTIFIED MAIL®

7021 0350 0002 0829 4410

MAIL CLEARED
US MARSHALS

UEttAS McBRiDe
wells st. Apt 2A
ERPHYSBORo, IL. 62966

United States District Court
750 Missouri AVENUE
East st. Louis, IL. 62201

7021 0350 0002 0829 4410



RECEIVED

APR 14 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
ST. EAST ST. LOUIS OFFICE